O. Shane Balloun (Wyoming Bar #7-4970)
Balloun Law Professional Corporation
355 Harris Avenue, Suite 201
Bellingham, Washington 98225
(360) 318-7778 | (360) 989-8879
(360) 318-7798 (fax)
o.shane@ballounlaw.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **JL Wilkins,** <br><br> PLAINTIFF; <br><br> v. <br><br> **The University of Wyoming,** <br><br> DEFENDANT. | No. 2:22-cv-00204-NDF <br><br> **Notice of Non-Complexity of Civil Case** |

Pursuant to U.S.D.C.L.R. 16.4, the Plaintiff hereby notifies the Court and the opposing party that the above named civil case is **Non-Complex**.

**Respectfully submitted** this 24th of January, 2023.

    /s/ *O. Shane Balloun*
O. Shane Balloun (Wyoming Bar #7-4970)
o.shane@ballounlaw.com
Balloun Law Professional Corporation
355 Harris Avenue, Suite 201
Bellingham, Washington 98225
(360) 318-7778 | (360) 989-8879 (cell)
(360) 318-7798 (fax)
**Attorney for Plaintiff**