O. Shane Balloun (Wyoming Bar #7-4970)

Balloun Law Professional Corporation

355 Harris Avenue, Suite 201

Bellingham, Washington 98225

(360) 318-7778 | (360) 989-8879

(360) 318-7798 (fax)

o.shane@ballounlaw.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| **JL Wilkins,** | No. 2:22-cv-00204-NDF |
| PLAINTIFF; | **Stipulation to Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii)** |
| *v.* | |
| **The University of Wyoming,** | |
| DEFENDANT. | |

TO THE CLERK OF COURT:

Greetings. The parties stipulate to dismiss this case WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B).

*//*

**Respectfully submitted** this 17th of August, 2023.

_____/s/ O. Shane Balloun_____

O. Shane Balloun (Wyoming Bar #7-4970)

o.shane@ballounlaw.com

Balloun Law Professional Corporation

355 Harris Avenue, Suite 201

Bellingham, Washington 98225

(360) 318-7778 | (360) 989-8879 (cell)

(360) 318-7798 (fax)

**Attorney for Plaintiff**

_____/s/ Robert C. Jarosh_____

Robert C. Jarosh (Wyoming Bar #6-3497)

Erin E. Berry (Wyoming Bar # 7-6063)

HIRST APPLEGATE, LLP

P.O. Box 1083

Cheyenne, Wyoming 82003-1083

(307) 632-0541 | (307) 632-4999 (fax)

rjarosh@hirstapplegate.com

eberry@hirstapplegate.com

**Attorneys for Defendant**