

**FILED**

**Margaret Botkins**
**Clerk of Court**

8:11 am, 8/18/23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

JL WILKINS,

    Plaintiff,

vs.

UNIVERSITY OF WYOMING,

    Defendant.

Case No. 22-CV-0204

ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER having come to the attention of the Court by Notice of Voluntary Dismissal stipulated to, and signed by all parties (CM/ECF 20), the Court hereby Orders that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B) with each party paying their own costs.

Dated this 18th day of August, 2023.

_____
NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE